**Jo Ann Powell, by Anna Belle Powell, Her Mother and Next Friend, Plaintiff-Appellee, v. Norman E. Goldman, Administrator of the Estate of Rudolph Shepherd, Deceased, Defendant-Appellant.**

Gen. No. 50,436.

First District, Third Division.

June 30, 1966.

George F. Barrett, of Chicago (Donald J. Duffy, of counsel), for appellant; Leonard M. Ring, Earl E. Strayhorn and Jack Ring, of Chicago (Leonard M. Ring, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.